55771. FLOURNOY et al. v. OLSHAN et al.

WEBB, Judge.

Appellants have failed to demonstrate error affirmatively by the record as required by the rules (18 (c)(3)) and decisions of this court. E. g., *Smith v. Forrester,* 132 Ga. App. 426 (208 SE2d 199) (1974). "In these circumstances we have insufficient cause to overturn the judgment of the trial court." *Rambo v. Fulton Financial Corp.,* 145 Ga. App. 791, 792 (1978).

*Judgment affirmed. Quillian, P. J., and McMurray, J., concur.*

ARGUED MAY 3, 1978 — DECIDED MAY 31, 1978 — REHEARING DENIED JUNE 20, 1978 —

*Ron S. Iddins,* for appellants.

*Champion & Champion, Forrest L. Champion,* for appellees.